Cat08, MDL, McHargh, Termed

# U.S. District Court
# Northern District of Ohio (Cleveland)
# CIVIL DOCKET FOR CASE #: 1:08-cv-00358-JG

Linden et al v. Davol Inc. et al
Assigned to: Judge James S. Gwin
Demand: $75,000
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 02/13/2008
Date Terminated: 03/31/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Debra Linden**

represented by **Ernest Cory**
CoryWatson Crowder & Degaris
2131 Magnolia Avenue
Birmingham, AL 35209
205-328-2200
Fax: 205-324-7896
Email: ecory@cwcd.com
*ATTORNEY TO BE NOTICED*

**Jon C. Conlin**
CoryWatson Crowder & Degaris
2131 Magnolia Avenue
Birmingham, AL 35209
205-328-2200
Fax: 205-324-7896
Email: jconlin@cwcd.com
*ATTORNEY TO BE NOTICED*

**Kenneth J. Ignozzi**
Dyer, Garofolo, Mann & Schultz
St. 1400
131 Ludlow Street
Dayton, OH 45402
937-223-8888
Fax: 937-223-0127
Email: kignozzi@dgmslaw.com

**Stephen R. Hunt, Jr.**
CoryWatson Crowder & Degaris
2131 Magnolia Avenue
Birmingham, AL 35209
205-328-2200

Fax: 205-324-7896
Email: shunt@cwcd.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy Linden** represented by **Ernest Cory**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jon C. Conlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth J. Ignozzi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen R. Hunt, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc.** represented by **Jeffrey S. Moeller**
Hermann, Cahn & Schneider
Ste. 500
1301 East Ninth Street
Cleveland, OH 44114
216-781-5515
Fax: 216-781-1030
Email: jmoeller@hcsattys.com

**Defendant**

**C.R. Bard, Inc.** represented by **Jeffrey S. Moeller**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/13/2008 | 1 | **Complaint** *with jury demand* against Davol Inc. & C.R. Bard, Inc. Filing fee $ 350, receipt number 0647000000002861878, filed by Debra Linden, Timothy Linden. (Attachments: # 1 Civil Cover Sheet, # 2 Summons) (Ignozzi, Kenneth) (Entered: 02/13/2008) |
| 02/13/2008 | | Judge James S. Gwin assigned to case. (Ja,N) (Entered: 02/13/2008) |
| 02/13/2008 | | Random Assignment of Magistrate Judge pursuant to Local Rule 3.1. In the event of a referral, case will be assigned to Magistrate Judge |

| | | |
|---|---|---|
| | | McHargh. (Ja,N) (Entered: 02/13/2008) |
| 02/13/2008 | 2 | Summons and Magistrate Consent Form issued to counsel for service upon Davol Inc. & C.R. Bard, Inc. (Attachments: # 1 Magistrate Consent Form) (Ja,N) (Entered: 02/13/2008) |
| 03/04/2008 | 3 | Unopposed **Motion** to stay *of Proceedings Pending Transfer to Federal MDL* filed by Davol Inc., C.R. Bard, Inc.. (Attachments: # 1 Exhibit 1, Defendants' Fifty-Fourth 7.5(e) Notice of Potential Tag-Along, # 2 Proposed Order Granting Defendants Davol Inc.'s and C.R. Bard, Inc.'s Unopposed Motion for Stay)(Moeller, Jeffrey) Modified on 3/12/2008 (C,B). FILING ERROR REFILED AS DOCUMENT #4. (Entered: 03/04/2008) |
| 03/11/2008 | 4 | Amended Unopposed **Motion** to stay *of Proceedings Pending Transfer to Federal MDL* filed by Davol Inc., C.R. Bard, Inc.. (Attachments: # 1 Exhibit 1, Defendants' Fifty-Fourth 7.5(e) Notice of Potential Tag-Along, # 2 Proposed Order Granting Defendants Davol Inc. and C.R. Bard, Inc.'s Unopposed Motion for Stay of Proceedings Pending Transfer to Federal MDL)(Moeller, Jeffrey) Modified text on 3/12/2008 (C,B). (Entered: 03/11/2008) |
| 03/12/2008 | 5 | **Marginal Order** signed by Judge James S. Gwin on 3/12/08 granting motion of Defendants Davol Inc., and C.R. Bard, Inc., to stay the instant case pending transfer of this action to the United States District Court for the District of Rhode Island. (Related Doc. 4 ) (M,G) (Entered: 03/12/2008) |
| 03/31/2008 | 6 | **Conditional Transfer Order (CTO-16)** by Judicial Panel on Multidistrict Litigation. In re: MDL 1842 Kugel Mesh Hernia Patch Products Liability Litigation. Case transferred to the District of Rhode Island and assigned to the Honorable Mary M. Lisi. (RI Case No. 08-2408). (S,R) (Entered: 04/02/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/08/2008 10:09:38 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:08-cv-00358-JG |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |